# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 23, 2021

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/24/21

**Re:    United States v. Shariff Gual
         21 CR. 500 (JGK)**

Dear Judge Koeltl,

With the consent of the Government, I respectfully write to request a brief 4-day extension of the sentencing deadlines in this case. Currently, Mr. Gual's submission is due November 26, the day after Thanksgiving. I ask permission to submit Mr. Gual's sentencing submission on December 1, the day after his Presentence Report will be disclosed to the parties for the first time.

As noted above, the Government consents to this extension and requests December 6 as the deadline for their sentencing submission.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:    Edward Robinson (ECF).