UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                         21 cr 500 (JGK)

        -against-

                                                        **ORDER**

SHARIFF GUAL,
                          Defendant.
----------------------------------------------------------------X

     The defendant, Shariff Gual, having been sentenced to time served, is hereby

ordered released, pending no detainers, from the custody of the Bureau of Prisons and the

United States Marshal.

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 20, 2021